1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOHAMEDSALEEM MUBARAK ALI          No.  2:24-cv-00654 DJC AC PS
     and PARVEEN BANU MOHAMMED
12   BABU,

13              Plaintiffs,                ORDER

14        v.

15   SAN FRANCISCO ASYLUM OFFICE
     and U.S. CITIZENSHIP AND
16   IMMIGRATION SERVICES,

17              Defendants.

18

19        Plaintiffs are proceeding in this action pro se, and the action was accordingly referred to

20   the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).  Plaintiffs

21   request authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP").  ECF No. 2.

22   The court has reviewed the motion and the motion is GRANTED.

23                              I.  SCREENING

24        Granting IFP status does not end the court's inquiry, however.  The federal IFP statute

25   requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to

26   state a claim upon which relief may be granted or seeks monetary relief from a defendant who is

27   immune from such relief.  28 U.S.C. § 1915(e)(2).  The court finds that, for screening purposes

28   only, plaintiff's claims are sufficiently cognizable.

                                     1

## II.  CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that the motion to proceed in forma pauperis (ECF No. 2) is GRANTED and that:

1.  Service of the Complaint (ECF No. 1) is appropriate for the following defendants:

- o  United States Citizenship and Immigration Services
- o  San Francisco Asylum Office

2.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3.  The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

4.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

- a.  One completed summons;
- b.  One completed USM-285 form;
- c.  One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;
- d.  One copy of the instant order; and
- e.  An appropriate form for consent to trial by a magistrate judge.

5.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6.  The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

////

2

7.  Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

DATED: May 20, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOHAMEDSALEEM MUBARAK ALI          No.  2:24-cv-00654 DJC AC
     and PARVEEN BANU MOHAMMED
12   BABU,

13              Plaintiffs,              NOTICE OF SUBMISSION

14       v.

15   SAN FRANCISCO ASYLUM OFFICE
     and U.S. CITIZENSHIP AND
16   IMMIGRATION SERVICES,

17              Defendants.

18

19       Plaintiffs has submitted the following documents to the U.S. Marshal, in compliance with

20   the court's order filed _____:

21       _____   completed summons form

22       _____   completed USM-285 form

23       _____   copy of the complaint

24       _____   completed form to consent or decline to consent to magistrate judge jurisdiction

25

26   _____        _____
     Date                                     Plaintiffs' Signature

27

28

                                    1