UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMEDSALEEM MUBARAK ALI and PARVEEN BANU MOHAMMED BABU,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAN FRANCISCO ASYLUM OFFICE and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>  Defendants. | No. 2:24-cv-00654 DJC AC PS<br><br>ORDER |

   On May 20, 2024, the undersigned granted plaintiffs' request to proceed in forma pauperis and ordered plaintiffs to complete and submit service documents to the U.S. Marshals within 15 days, and to file notice of their submission on the record.  ECF No. 3.  More than 90 days have passed since that order was issued, and there is no indication that plaintiffs have submitted the required service documents or that defendants have been served.

   It is hereby ORDERED that plaintiffs shall show cause, in writing, within 14 days, why their failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of the documents within this timeframe will serve as

1 | cause and will discharge this order.  If plaintiffs fail to respond, the court will recommend
2 | dismissal of this case pursuant to Local Civil Rule 110.
3 | DATED: August 21, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE