UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMEDSALEEM MUBARAK ALI and PARVEEN BANU MOHAMMED BABU,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO ASYLUM OFFICE and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No. 2:24-cv-00654 DJC AC PS<br><br><u>ORDER</u> |

On May 20, 2024, the undersigned granted plaintiffs' request to proceed in forma pauperis and ordered plaintiffs to complete and submit service documents to the U.S. Marshals within 15 days, and to file notice of their submission on the record. ECF No. 3. More than 90 days after that order was issued, plaintiffs had not submitted the required service documents or filed anything that indicated defendants had been served. On August 22, 2024, the undersigned issued an order to show cause directing plaintiffs to show cause in writing, within 14 days, why their failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute. ECF No. 6. The court noted that the filing of the documents within this timeframe would serve as cause and will discharge the order. <u>Id.</u>

1

    Plaintiffs submitted a response on August 27, 2024, explaining that they believed the court did not have their correct address and that their receipt of mail from the court was delayed. ECF No. 7. They again failed to indicate that they had submitted the required service documents to the U.S. Marshals.

    Plaintiffs are informed that the notice of change of address included in their letter (ECF No.7) is effective only as to Mohamedsaleem Mubarak Ali, who appears to have signed the letter. This is because a pro se plaintiff may not represent anyone else, including other plaintiffs even if they are family members. Parveen Banu Mohammed Babu must submit a separate, signed notice of change of address.

    The Clerk of Court is **DIRECTED** to re-serve the order at ECF No. 3, the Summons at ECF No. 4, and the Civil Case Documents at ECF No. 5 upon plaintiffs.

    Plaintiffs are **ORDERED** to complete and submit service documents to the U.S. Marshals within 30 days, and to file notice of their submission on the record. If notice that the U.S. Marshals have been served is not filed on the record within 30 days of this order, the undersigned will recommend that this case be dismissed pursuant to Local Civil Rule 110. If plaintiff files the required document demonstrating that service has been completed, this order will be automatically discharged.

DATED: September 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE