UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMEDSALEEM MUBARAK ALI and PARVEEN BANU MOHAMMED BABU,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO ASYLUM OFFICE and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>Defendants. | No. 2:24-cv-0654 DJC AC<br><br>ORDER |

Plaintiffs, appearing in pro se, filed a complaint and moved to proceed in forma pauperis pursuant 28 U.S.C. § 1915. ECF Nos. 1, 2. The court granted the motion to proceed with IFP status and, on May 20, 2024, directed plaintiffs to submit service documents to the court within 15 days. ECF No. 3. Plaintiffs did not initially submit their service documents and on August 22, 2024, the undersigned issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. ECF No. 6. Plaintiffs responded (ECF No. 7) and submitted service documents (ECF No. 9, 11). However, on February 2, 2025, the summons to defendant USCIS was returned unexecuted by the Marshals Service. ECF No. 13. Nothing was filed regarding the San Francisco Asylum Office. On March 6, 2025, the undersigned issued an Order to Show Cause why service remained incomplete, explaining the requirements for proper service, and

1

ordering plaintiffs to show cause why this case should not be dismissed for failure to prosecute. ECF No. 14. Plaintiff Ali responded, indicating he intended to prosecute this case. ECF No. 16. However, he did not fully comply with the Order to Show Cause, which directed plaintiffs to re-submit corrected service documents to the U.S. Marshals Service and file a notice with the court no later than March 14, 2025.

The court will give plaintiffs one ***final*** opportunity to file corrected documents. The court has already provided plaintiffs the information necessary to complete this task, detailed in the Order to Show Cause (ECF No. 14), issued March 6, 2025. If plaintiffs make another filing, but the filing does not include the required corrected documents for the U.S. Marshals, containing all of the correct, necessary information for service, this order will not be satisfied. In that case the court will conclude that plaintiffs are unable to prosecute this case, and the undersigned will recommend dismissal for failure to prosecute. Local Rule 110 provides that failure to comply with court orders or the Local Rules may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall, no later than March 26, 2025, re-submit corrected service documents to the U.S. Marshals Service. The documents shall include the correct information and addresses necessary for the Marshals to serve the defendants in this case.
2. If plaintiffs fail to comply with this order, the undersigned will recommend that the case be dismissed without prejudice for failure to prosecute.

DATED: March 18, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE