UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMEDSALEEM MUBARAK ALI, PARVEEN BANU MOHAMMED BABU, <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO ASYLUM OFFICE and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, <br><br> Defendants. | No. 2:24-cv-0654 DJC AC PS <br><br> ORDER |

Plaintiffs proceed in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 31, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 19. Plaintiffs have filed objections to the findings and recommendations. ECF No. 20. In light of Plaintiffs' representation that Plaintiffs did not receive the Magistrate Judge's March 18, 2025 Order (ECF No. 17) with sufficient time to comply, the Court will permit Plaintiffs an additional 21 days to comply with the March 18, 2025 Order, through and including May 27, 2025. Failure to comply

1

with this Order will result in the matter being dismissed for failure to prosecute without further Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2025, are REJECTED.

2. Plaintiffs are given until May 27, 2025 to comply with the Magistrate Judge's March 18, 2025 Order. Specifically, Plaintiffs shall, no later than May 27, 2025, re-submit corrected service documents to the U.S. Marshals Service. The documents shall include the correct information and addresses necessary for the Marshals to serve the defendants in this case.

3. While this matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings, the undersigned specifically retains the authority to order the matter be dismissed for failure to prosecute should Plaintiffs fail to comply with this Order.

IT IS SO ORDERED.

Dated: **May 6, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE