UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMEDSALEEM MUBARAK ALI, PARVEEN BANU MOHAMMED BABU,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO ASYLUM OFFICE and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>Defendants. | No. 2:24-cv-0654 DJC AC PS<br><br><br>ORDER |

Plaintiffs proceed in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 31, 2025, the Magistrate Judge filed Findings and Recommendations recommending dismissal for failure to prosecute for failure to effectuate service. ECF No. 19. In light of Plaintiffs' representation in their objections to the Findings and Recommendations (ECF No. 20) that Plaintiffs did not receive the Magistrate Judge's March 18, 2025 Order (ECF No. 17) with sufficient time to comply, the Court permitted Plaintiffs an additional 21 days to comply with the March 18, 2025 Order, through and including May 27, 2025 (ECF No. 22). The Court noted that failure to comply with that Order would result in the matter being dismissed for failure to

1

prosecute without further Findings and Recommendations.  Plaintiffs have failed to comply with this Court's Order and have not yet effectuated service.  Having considered the factors in *Ferdick v. Bonzelet*, 963 F.2d 1258, 126061, the Court finds that dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED:

1. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 30, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2